UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00086

| | |
|---|---|
| **HUNTER STRUCTURAL, P.A.**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| **ARP ENGINEERING, INC.,** and ) | |
| **DAVID SZABO,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court upon the Joint Motion for Discovery Conference and Extension of Discovery Deadlines (Doc. No. 31). The Court hereby **ORDERS** that a conference shall be set for Tuesday, August 21, 2018 at 2:00pm in Courtroom 2-2. The parties are further **ORDERED** to file a joint statement of no more than five (5) pages outlining the details of the discovery dispute and the relief sought by each side by Thursday, August 16, 2018. The current discovery deadlines established in the Scheduling Order (Doc. No. 30) are to be held in abeyance pending the resolution of this dispute.

**SO ORDERED.**

Signed: August 7, 2018

Graham C. Mullen
United States District Judge