UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00086

| | |
|---|---|
| **HUNTER STRUCTURAL, P.A.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| **ARP ENGINEERING, INC., and** ) | |
| **DAVID SZABO,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court upon the Joint Motion for Discovery Conference and Extension of Discovery Deadlines (Doc. No. 31). Following the hearing held in this matter on August 21, 2018, the Court hereby directs the parties to resolve the present discovery dispute in light of the Court's oral orders and to submit a new proposed scheduling order within a reasonable period of time.

**SO ORDERED.**

Signed: August 21, 2018

Graham C. Mullen
United States District Judge